IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

In Re:  
GARY F LOCKE

CASE NO: 3:09-bk-05565-PMG

Debtor.
_____/

## ORDER DENYING TRUSTEE'S MOTION TO DISMISS

Upon hearing, it is

ORDERED

The Trustee's Motion to Dismiss dated September 02, 2009 is denied.

DONE AND ORDERED October __23__, 2009 in Jacksonville, Florida.

~~PAUL M. GLENN~~
~~Chief~~ United States Bankruptcy Judge

Copies to:
All Interested Parties