UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

GARY F LOCKE

Case No. 3:09-bk-05565-PMG

_____ Debtor  /

ORDER DENYING TRUSTEE'S MOTION TO DISMISS
FOR FAILURE TO MAKE CONFIRMED PLAN PAYMENTS AND
DIRECTING DEBTOR TO MAKE PAYMENTS

This matter came on for consideration for the entry of an Order on the Trustee's Motion to Dismiss for Failure to Make Confirmed Plan Payments. The Court having reviewed the motion and based on the facts set forth therein, it is

ORDERED AND ADJUDGED as follows:

1. The Court will reserve ruling on the Trustee's Motion to Dismiss.

2. **The Debtor shall make the *January 7, 2010* payment of *$3,401.00* and shall continue to make all monthly plan payments as they become due.**

3. **The Debtor shall cure all delinquencies and bring all payments current under the Confirmed Plan by paying to the Chapter 13 Trustee the monthly payments that come due and the delinquency of $7,102.00 within 60 days of the date of this Order.**

4. Failure to comply with the foregoing will result in dismissal of the case without further notice or hearing, upon filing an affidavit of default by the Trustee. If the Debtor brings all payments current pursuant to paragraphs 2 and 3 above, the Trustee's ability to dismiss the case without notice or hearing will no longer apply.

DONE AND ORDERED in Jacksonville, Florida on December 16, 2009.

_____
PAUL M. GLENN
Chief United States Bankruptcy Judge

Copies to:
All Interested Parties